Rogelio PARRA, Respondent,

v.

STATE of Missouri, Appellant.

No. WD 44970.

Missouri Court of Appeals,
Western District.

July 21, 1992.

William F. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for appellant.

Emily N. Blood, Asst. Public Defender, St. Louis, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Appeal from the granting of a Rule 24.-035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Edilberto Perez SALGADO, Appellant.

No. WD 45039.

Missouri Court of Appeals,
Western District.

July 21, 1992.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of selling a controlled substance, § 195.211, RSMo Supp.1989.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Lamondo L. ANDERSON, Appellant.

No. WD 45320.

Missouri Court of Appeals,
Western District.

July 21, 1992.

James L. McMullin, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Defendant appeals from convictions of first degree assault and armed criminal action. Sections 565.050 and 571.015 RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).